Same case below, 400 Fed. Appx. 375.

Same case below, 427 Fed. Appx. 14.

**No. 11-6533. Curtis Schleiger, Petitioner v. Ohio.**

565 U.S. 1180, 132 S. Ct. 1142, 181 L. Ed. 2d 1021, 2012 U.S. LEXIS 944.

January 23, 2012. Petition for writ of certiorari to the Court of Appeals of Ohio, Preble County, denied.

**No. 11-7480. Richard DeBlois, Petitioner v. Gregg L. Hershberger, Warden, et al.**

565 U.S. 1180, 132 S. Ct. 1146, 181 L. Ed. 2d 1021, 2012 U.S. LEXIS 986.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 434 Fed. Appx. 186.

**No. 11-7481. Charlotte Kempf, Petitioner v. Karla J. Hansen.**

565 U.S. 1180, 132 S. Ct. 1147, 181 L. Ed. 2d 1021, 2012 U.S. LEXIS 1010.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 433 Fed. Appx. 660.

**No. 11-7486. Donald Leroy Davis, Petitioner v. Georgia.**

565 U.S. 1180, 132 S. Ct. 1147, 181 L. Ed. 2d 1021, 2012 U.S. LEXIS 1046.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 11-7488. Demond Mimms, Petitioner v. Four Unknown Officers, et al.**

565 U.S. 1180, 132 S. Ct. 1147, 181 L. Ed. 2d 1021, 2012 U.S. LEXIS 925.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7489. Atropin Palmer, Petitioner v. Rob Jeffreys, Warden.**

565 U.S. 1180, 132 S. Ct. 1147, 181 L. Ed. 2d 1021, 2012 U.S. LEXIS 975.

January 23, 2012. Petition for writ of certiorari to the Court of Appeals of Ohio, Ross County, denied.

**No. 11-7490. Bobby McDonald, Petitioner v. Laurent D. Javois, Chief Executive Officer, Missouri Department of Mental Health, et al.**

565 U.S. 1180, 132 S. Ct. 1147, 181 L. Ed. 2d 1021, 2012 U.S. LEXIS 1023.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-7497. Ampazzio W. Warren, Petitioner v. Virginia.**

565 U.S. 1180, 132 S. Ct. 1147, 181 L. Ed. 2d 1021, 2012 U.S. LEXIS 997.

January 23, 2012. Petition for writ of certiorari to the Supreme Court of Virginia denied.